UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MARCUS INGRAM, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:20-cv-4414-JPB |
| **BRIAR VISTA LLC** : | |
| **A Limited Liability Company** : | |
| : | |
| **Defendant.** : | |
| _____/: | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Marcus Ingram hereby submits this voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this18th day of December 2020.

/s/ Pete M. Monismith

Pete M. Monismith, Esq.
GA Bar 941228
Pete M. Monismith, P.C.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
ph. (724) 610-1881
pete@monismithlaw.com
**Attorney for Plaintiff**

SGR/23978932.1